# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1645
_____

VIKING SUPPLY NETWORK and
SEDGWICK CMS,

    Appellants,

    v.

AVERY GILLESPIE,

    Appellee.

_____


On appeal from the Office of the Judges of Compensation Claims.
Jill E. Jacobs, Judge.

Date of Accident:  June 3, 2022.

                        January 14, 2026

PER CURIAM.

    AFFIRMED.

ROBERTS, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert B. Griffis, Altamonte Springs, for Appellants.

Nicholas A. Shannin and Dayna Maeder of Shannin Law Firm, P.A., Orlando, for Appellee.